**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-7864**

—————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DERRICK WOODS,

                              Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-98-1172, CA-01-745-7-20)

—————————

Submitted:  March 12, 2002          Decided:  April 12, 2002

—————————

Before WILKINS, NIEMEYER, and KING, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Derrick Woods, Appellant Pro Se.  Kevin Frank McDonald, OFFICE OF
THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Derrick Woods seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Woods</u>, Nos. CR-98-1172; CA-01-745-7-20 (D.S.C. Aug. 28, 2001); <u>see also</u> <u>Muth v. United States</u>, 1 F.3d 246, 250 (4th Cir. 1993) (declining to consider claim raised for the first time on appeal). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>